

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/13/2016 02:00 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-10132-CCJ | 7 | 12/01/2015 |

Chapter 7

**DEBTOR:**   Ana Sevinon

**DEBTOR ATTY:**   NA

**TRUSTEE:**   **Lori Patton, Trustee**

**HEARING:**

Order to Show Cause Why Case Should Not be Dismissed with a Two Year Injunction (Doc #9)
Note: Related Cases:
15-03157, Chapter 7 filed in Florida Middle Bankruptcy Court on 04/10/2015 Dismissed for Failure to File Information on 04/27/2015;
14-13811, Chapter 7 filed in Florida Middle Bankruptcy Court on 12/29/2014 Dismissed for Failure to File Information on 01/13/2015

**APPEARANCES:**:
Reka Beane: Bank of America Atty

**RULING:**
Order to Show Cause Why Case Should Not be Dismissed with a Two Year Injunction   (Doc #9) - Case dismissed with a two year injunction against refling, and two years of prospective relief is granted as to the Bank of America property: Order by Beane. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.