ORDERED.

Dated: January 25, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Ana Josefa Sevinon,                                    CASE NO: 6:15-bk-10132-CCJ
                                                       CHAPTER 7
    Debtor.
_____/

ORDER DISMISSING CASE WITH TWO YEAR
INJUNCTION AGAINST REFILING AND TWO YEARS OF PROSPECTIVE REILEF

**THIS CASE** came on for hearing on January 13, 2016 at 2:00 PM pursuant to the Order to Show Cause Why Case Should not be Dismissed (D.E. 9) filed by this Court. For the reasons stated orally and recorded in open court, it is

**ORDERED**:

1.   This case is dismissed with a two (2) year injunction against refiling.

2.   The Automatic Stay arising by reason of 11 U.S.C. § 362 is terminated as to Bank of America, N.A.'s interest in the following property:

**LOT 46, TIERRA – DEL – SOL – UNIT II, 3RD ADDITION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 4, PAGE 142, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.**

**a/k/a 2835 Flamboyan Street Kissimmee, Florida 34744**
**("Subject Property")**

2. The Order Granting Relief from Stay is entered for the sole purpose of allowing Bank of America, N.A. complete *in rem* relief to take all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just and that Bank of America, N.A. shall not obtain *in personam* relief against the Debtor.

3. Prospective Relief is granted for a period of two (2) years from the date of this order to prevent the imposition of the automatic stay should this Debtor, Ana Josefa Sevinon, or anyone else claiming an interest in or being found to have an interest in the subject property files another bankruptcy case.

4. Any attempt by the Debtor to invoke the Automatic Stay provisions of 11 U.S.C. § 362 on the above-referenced property is hereby annulled until two (2) years from the date of entry of this Order.

5. The Clerk of the Circuit Court shall not cancel any judicial sale of the above-referenced property for the period of two (2) years from the entry of this order due solely to the filing of a petition for bankruptcy relief by the Debtor or any entity taking an interest in the property.

6. This Court reserves jurisdiction to grant Movant immediate ex-parte relief from the automatic stay without notice or hearing in the event that the Debtor or any person or entity taking an interest in the above-referenced property files any bankruptcy proceedings attempting to stay Movant from foreclosure remedies for a period of two (2) years from the entry of this Order.

Attorney Shaina Druker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.